IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| v. | : | |
| RONALD BYRD, ET AL. | : | NO. 23-209-ALL |

## **ORDER**

**AND NOW**, this 13th day of February, 2025, **IT IS HEREBY ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable John R. Padova to the calendar of the Honorable Gail A. Weilheimer.

FOR THE COURT:

/s/ Mitchell S. Goldberg, C.J.
MITCHELL S. GOLDBERG
Chief Judge